# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL J. AUCOIN, JR.,
TONIE A. AUCOIN AND AUCOIN
HOMESTEAD, L.L.C.

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

NO. 2019 CW 0894

**OCT 1 8 2019**

---

In Re:    The Louisiana Coastal Protection and Restoration
          Authority, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          33837.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's June 5, 2019 judgment that denied the motion for summary judgment filed by defendant, the Louisiana Coastal Protection and Restoration Authority, is vacated. Plaintiffs raised objections to the evidence submitted by the defendant. However, the trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing which documents, if any, it held to be inadmissible or declined to consider. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2) and a ruling on the motion for summary judgment filed by defendant after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT